UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLEMAN E. CALLOWAY,

              Plaintiff,

    v.

JEREMY GILL et al,

              Defendants.

CASE NO. 3:19-cv-06069-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: April 3, 2020

Before the Court is plaintiff's motion to voluntarily dismiss this lawsuit.  Dkt. 11. Defendants have not yet been served with plaintiff's complaint. *See* Dkt.  The Court recommends granting plaintiff's motion (Dkt. 11) and dismissing this action without prejudice.

### DISCUSSION

Plaintiff filed this action on November 12, 2019.  Dkt. 1.  On December 3, 2019, the Court granted plaintiff's motion to proceed *in forma pauperis.* Dkt. 5. On December 4, 2019, the Court ordered plaintiff to show cause why his complaint should not be dismissed for failure to state a claim. Dkt. 7. On December 30, 2019, plaintiff filed an amended complaint. Dkt. 8. On January 14, 2020, the Court declined to serve plaintiff's amended complaint, but provided plaintiff leave to file a second amended complaint. Dkt. 9. On January 27, 2020, plaintiff filed a

motion for extension to file a second amended complaint. Dkt. 10. On January 28, 2020, plaintiff filed a motion to voluntarily dismiss this action. Dkt. 11. Plaintiff asks that the Court to allow him to dismiss this case so that he can file a tort claim instead. Dkt. 11.

Federal Rule of Civil Procedure Rule 41 governs the voluntary dismissal of an action in federal court.  Rule 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  In addition, unless the notice or (stipulation signed by all parties that have appeared) states otherwise, the dismissal shall be without prejudice.

The Court recommends that plaintiff's motion (Dkt. 11) be granted and that the complaint be dismissed without prejudice pursuant to Rule 41(a)(1).  Plaintiff's pending motion for extension (Dkt. 10) should be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **April 3, 2020** as noted in the caption.

Dated this 9th day of March, 2020.

J. Richard Creatura
United States Magistrate Judge