# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| Coleman E Calloway | |
|---|---|
| Plaintiff, | No. 3:19-cv-06069-RBL-JRC |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Gill et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation, recommending the case be dismissed without prejudice and all other pending motions be denied as moot (Dkt. 10). Plaintiff has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) The case is **DISMISSED** without prejudice;

(4) Plaintiff's *in forma pauperis* status is **REVOKED** in the event of an appeal.

The Clerk is directed to send copies of this Order to Plaintiff, counsel for Respondent, and to the Hon. J. Richard Creatura.

ORDER - 1

IT IS SO ORDERED.

DATED this 14th day of April, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 2